# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME CAPLETON,<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent | CIVIL ACTION NO. 3:05-cv-30217 -MAP<br>3:00-cr-30027- MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, against the petitioner Jerome Capleton, pursuant to the court's endorsed order entered this date, granting respondent's motion to dismiss.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: July 15, 2011

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment re Pet v. Resp 4 (rutine).wpd - 11/98)
[jgm.]